# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISON

| | |
|---|---|
| **FAMILY MEDICINE PHARMACY LLC,** ) ) ) **Plaintiff,** ) ) **v.** ) ) **Q-PHARMACEUTICALS, INC.,** ) a Washington corporation, ) ) **Defendant.** ) | Civil Action No: 1:18-cv-00403-N |

<u>NOTICE OF DISMISSAL</u>

Comes now the Plaintiff, by and through its counsel, and, in accord with Rule 41(a)(1) of the Federal Rules of Civil Procedure, dismisses this matter without prejudice. As reason therefore, the Plaintiff shows as follows:

1. This matter was filed as a putative class action, but no class has been certified.
2. Defendant has not answered, filed a motion to dismiss, or motion for summary judgment.
3. Costs taxed as paid.

/s/James H. McFerrin
James H. McFerrin

OF COUNSEL
**McFERRIN LAW FIRM, LLC**
3117 Manitou Lane
Birmingham, Al 35216
T: (205) 637-7111
jhmcferrin@gmail.com

/s/Diandra S. Debrosse-Zimmermann
Diandra S. Debrosse-Zimmermann

OF COUNSEL
**ZARZAUR MUJUMDAR & DEBROSSE**
2332 2nd Avenue North
Birmingham, Alabama 35203
T: (205) 983-7985
fuli@zarzaur.com